UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:23-cv-20103-KMW

**RAYMOND T. MAHLBERG,**

    **Plaintiff,**

v.

**FRETTE NORTH AMERICA, INC,**

    **Defendant.**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff **Raymond T. Mahlberg**, by and through undersigned counsel, requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each Party shall bear his or its own costs and fees, including attorneys' fees, incurred with this action.

Dated this 18th day of May 2023.

                                              By: \_\_/s/ Acacia Barros\_\_\_
                                            Acacia Barros, Esq.
                                            Fla. Bar No. 106277
                                            **ACACIA BARROS, P.A.**
                                            11120 N Kendall Dr., Suite 201
                                            Miami, Florida 33176
                                            Telephone: 305-639-8381
                                            ab@barroswlawfirm.com
                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2023 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel by email.

                                              *s/Acacia Barros*
                                              Attorney for Plaintiff
                                              ACACIA BARROS, P.A.